In the Matter of NATHANIEL DOVE, JR., Respondent, v KATRICE M. ROSE, Appellant, et al., Respondent.

Submitted May 10, 2010; decided June 29, 2010

Motion, insofar as it seeks leave to appeal from the Appellate Division order that affirmed Family Court's order settling the record on appeal, dismissed upon the ground that such order does not finally determine the proceeding within the meaning of the Constitution; motion for leave to appeal otherwise denied.

In the Matter of JOHNNY DOWNS, Appellant, v NEW YORK STATE EXECUTIVE DEPARTMENT et al., Respondents.

Submitted May 17, 2010; decided June 29, 2010

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

STEPHEN DOWNS, Appellant, v TOWN OF GUILDERLAND et al., Respondents.

Decided June 29, 2010

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that no substantial constitutional question is directly involved.